No. 10–5693. RIVA ET AL. v. HEFFERNAN, MASSACHUSETTS SECRETARY OF PUBLIC SAFETY. App. Ct. Mass. Certiorari denied.

No. 10–8077. PINCHON v. MYERS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–8228. TUCKER ET AL. v. CITY OF LOS ANGELES, CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 10–8514. SMITH v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–8538. SPARKS v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 10–8625. VELA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–9058. ELLISON v. DART, SHERIFF, COOK COUNTY, ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 10–9083. THORNTON v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 10–9084. C. S. v. SACRAMENTO COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 10–9087. JONES-EL v. POLLARD, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 10–9089. ARMSTRONG v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 10–9094. WOODBURY v. CITY OF TAMPA, FLORIDA, POLICE DEPARTMENT, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–9096. TAYLOR v. ORTIZ ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–9101. KONTOS v. THANCO PRODUCTS & IMPORTS, INC. C. A. 5th Cir. Certiorari denied.